
FILED
CLERK U.S. DISTRICT COURT
MAR - 1 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Efren Marquez, Defendant. | Case No. CR 13-91 TJH<br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the CDCA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

A. ( ✓ ) the appearance of defendant as required; and/or

B. ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

prior criminal history; instant allegations

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: prior criminal history; instant allegations

IT IS ORDERED that defendant be detained.

DATED: 3/1/18

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge